UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON BOUDREAU,<br>   *Plaintiff*<br><br>v.<br><br>KEVIN PETIT, STEVE LUSSIER, JOHN LUSSIER,<br>DONALD LUSSIER, JAMES BROWN,<br>NICHOLAS RIVELLO, CITY OF WARWICK,<br>WARWICK POLICE DEPARTMENT, RHODE<br>ISLAND STATE POLICE.<br>   *Defendants* | C.A. No. 17-301<br>*{Superior Court C.A. No. PC-17-2347}* |

## PETITION FOR REMOVAL

  PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendants, the City of Warwick, the Warwick Police Department, and Kevin Petit, allege as follows:

  1. The City of Warwick, the Warwick Police Department, and Kevin Petit ("defendants"), are defendants in the civil action filed in Providence County Superior Court, entitled, ***Jason Boudreau v. Kevin Petit, et al; C.A. No. PC-2017-2347***.

  2. Attached hereto is a copy of the Complaint filed in the case being removed, pursuant to Local Civil Rule 81(a).

  3. This Notice of Removal is filed timely under 28 U.S.C. § 1446(b).

  4. The above described action, as stated in plaintiff's Complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

  5. This Notice of Removal is filed on behalf of defendants, the City of Warwick, the

Warwick Police Department, and Kevin Petit.  All other defendants who have otherwise been served as of the filing of the within have consented to the removal of this matter.

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7. Within fourteen (14) days after filing this Notice of Removal, the party filing this notice shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed, pursuant to Local Civil Rule 81(b).

>Defendants,
>By their attorneys,
>
>*/s/Marc DeSisto*
>Marc DeSisto, Esq. (#2757)
>DESISTO LAW LLC
>211 Angell Street
>Providence, RI 02906
>401-272-4442
>marc@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that the within document has been electronically filed with the Court on this 19th day of June, 2017, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

Douglas A. Giron
dgiron@shslawfirm.com

Kate C. Brody
kbrody@riag.ri.gov

I further certify that a true and accurate copy of the within was mailed, postage prepaid, on this 19th day of June, 2017to:

Jason Boudreau, Pro Se
#10950070
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

                                                */s/Marc DeSisto*
                                                Marc DeSisto