UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| JASON BOUDREAU, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | C.A. No. 17-cv-301-S-PAS |
| | ) | |
| KEVIN PETIT, et al. | ) | |
| *Defendants.* | ) | |

**<u>DEFENDANTS' JOINT MOTION FOR A STAY OF PROCEEDINGS</u>**

Defendants, Kevin Petit ("Petit"), City of Warwick ("Warwick"), the Warwick Police Department ("WPD," collectively with Petit and Warwick, the "Warwick Defendants"), Steve Lussier ("Steve"), John Lussier ("John"), Donald Lussier ("Donald," collectively with Steve and John, the "ATC Defendants"), and the Rhode Island State Police ("State Defendant") respectfully and jointly request that the Court stay all proceedings in this civil case until the conclusion of Plaintiff's pending state criminal proceeding. The factual and legal issues in the instant case significantly overlap with the parallel state criminal prosecution and staying this proceeding will promote the interests of the Court, judicial economy and the public's interest in the integrity of the criminal case. An accompanying memorandum has been filed in support of this motion.

For the reasons stated the Defendants request that this Honorable Court stay all proceedings in this instant matter.

Respectfully submitted:

RHODE ISLAND STATE POLICE
By their Attorney

PETER F. KILMARTIN
ATTORNEY GENERAL

*/s/ Susan E. Urso*
*/s/ Kate C. Brody*
_____
Kate C. Brody, Bar No. 8425
Special Assistant Attorney General
Susan E. Urso, Bar No. 4688
Assistant Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400, Extension 2293/2233
Fax No. (401) 222-2995
kbrody@riag.ri.gov
surso@riag.ri.gov

CITY OF WARWICK, WARWICK
POLICE DEPARTMENT and
KEVIN PETIT,

By their Attorney,

*/s/ Marc DeSisto*
_____
Marc DeSisto, Esq. (#2757)
DESISTO LAW LLC
211 Angell Street
Providence, RI 02906
401-272-4442
marc@desistolaw.com

STEVE LUSSIER, JOHN LUSSIER, AND
DONALD LUSSIER

By their Attorneys,


*/s/ Douglas A. Giron*
*/s/ Christopher J. Fragomeni*
_____
Douglas A. Giron, #2943
Christopher J. Fragomeni, #9476
SHECHTMAN HALPERIN SAVAGE, LP
1080 Main Street,
Pawtucket, RI 02860
Tel: (401) 272-1400
Fax: (401) 272-1403
dgiron@shslawfirm.com
cfragomeni@shslawfirm.com



## CERTIFICATE OF SERVICE

I hereby certify that the within document has been electronically e-filed and e-served on all counsel of record on this 21st day of July, 2017 and it is available for viewing and downloading.  A copy has also been mailed, postage prepaid, on this 21st day of July, 2017 to:


Jason Boudreau,
#10950070
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863


*/s/ Kate C. Brody*


_____