# EXHIBIT A

PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT

# CRIMINAL DOCKET
## CASE NO. P2-2015-0095A

**JASON BOUDREAU**　§§§§§

Location: **Providence/Bristol County Superior Court**
Filed on: **01/15/2015**

---

### CASE INFORMATION

| Offense | Deg | Date | Case Type: | Felony |
|---|---|---|---|---|

Jurisdiction: **Rhode Island State Police**
1. EMBEZZLEMENT OVER $100    F    11/01/2010

**Related Cases**
32-2014-05812   (Related Case Number)

**Warrants**
Superior Court Warrant - BOUDREAU, JASON (Judicial Officer: Rodgers, Associate Justice Kristin E. )
02/02/2016     11:57 AM     Issued
Fine:    $0
Bond:    $0

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number         P2-2015-0095A |
| | Court               Providence/Bristol County Superior Court |
| | Date Assigned       01/15/2015 |

---

### PARTY INFORMATION

|  |  | *Lead Attorneys* |
|---|---|---|
| Plaintiff | State of Rhode Island | **STYS, RYAN D**<br>4012744400 x2021(W) |
| Defendant | BOUDREAU, JASON<br>428 Logee Street<br>2nd Floor<br>WOONSOCKET, RI 02895<br>SID: RI10139054 | **COTOIA, JOHN P**<br>*Retained*<br>4012223492(W) |
| Agency | RHODE ISLAND STATE POLICE LINCOLN BARRACKS<br>1575 LOUISQUISSET PIKE<br>LINCOLN, RI 02865 | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **EVENTS** |
| 06/13/2014 | Felony Initial Appearance |
| 06/13/2014 | Referred to Felony Screening |
| 06/13/2014 | Referred to the Public Defender |
| 06/13/2014 | Personal Recognizance Set<br>*20,000.00* |
| 07/01/2014 | Completed |
| 07/22/2014 | Waiver of Extradition |
| 08/14/2014 | Continued For Further Hearing |
| 02/02/2015 | Initial Case Data Entry<br>*Initial case created by CALLAIRE on 02-FEB-2015\09:25:41* |
| 02/02/2015 | Information Filed |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT
# CRIMINAL DOCKET
## CASE NO. P2-2015-0095A

| Date | Entry |
|---|---|
| 02/11/2015 | Request for Discovery and Inspection<br>　　Party: Defendant BOUDREAU, JASON |
| 02/11/2015 | Motion to Dismiss<br>　　Party: Defendant BOUDREAU, JASON |
| 02/17/2015 | Completed |
| 02/17/2015 | Arraignment Event |
| 02/17/2015 | Defendant Arraigned and Pleads Not Guilty |
| 02/17/2015 | Personal Recognizance Set<br>　　*AT $20,000.00* |
| 02/17/2015 | Recognizance Filed<br>　　Party: Defendant BOUDREAU, JASON |
| 02/18/2015 | Date Vacated by Judge |
| 02/26/2015 | Entry of Appearance<br>　　Party: Public Defender COTOIA, JOHN P |
| 02/27/2015 | Entry of Appearance by Attorney General<br>　　Party: Prosecutor STYS, RYAN D |
| 04/27/2015 | Motion |
| 04/27/2015 | Pending Further Investigation |
| 05/04/2015 | Motion for Discovery and Inspection |
| 05/22/2015 | Response to Defendant's Request for Discovery and Inspection<br>　　Party: Plaintiff State of Rhode Island |
| 05/22/2015 | Request for Discovery and Alibi<br>　　Party: Plaintiff State of Rhode Island |
| 05/27/2015 | Pending Further Investigation |
| 06/17/2015 | Pending Further Investigation |
| 06/24/2015 | Pending Further Investigation |
| 08/26/2015 | Pending Further Investigation |
| 09/21/2015 | Pending Further Investigation |
| 10/05/2015 | Motion to Produce<br>　　Party: Public Defender COTOIA, JOHN P |
| 10/15/2015 | Granted |
| 11/02/2015 | Pending Further Investigation |
| 12/03/2015 | Pending Further Investigation |
| 01/14/2016 | Pending Further Investigation |
| 01/28/2016 | Defendant Does Not Appear |
| 02/02/2016 | Warrant Issued |
| 02/12/2016 | Bench Warrant Cancelled<br>　　*Warrant ID: SC068300 Quashed by User: ADECOSTA* |
| 02/12/2016 | Warrant Cancelled In Error<br>　　*Warrant ID: SC068300 Unquashed by User: ADECOSTA* |
| 02/15/2016 | Letter Filed<br>　　*copy of letter forwarded to AG Dept, Extraditons Unit. copy of docket sheet mailed to defd.*<br>　　Party: Defendant BOUDREAU, JASON |
| 03/03/2016 | Letter Filed<br>　　Party: Defendant BOUDREAU, JASON |
| 03/29/2016 | Motion to Release Counsel<br>　　*and appoint counsel*<br>　　Party: Defendant BOUDREAU, JASON |
| 04/08/2016 | Pending Further Investigation |
| 04/26/2016 | Pending Further Investigation |
| 04/27/2016 | Motion to Withdraw |

*True Copy Attest*

*[signature]*

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT
# CRIMINAL DOCKET
### CASE NO. P2-2015-0095A

| Date | Event |
|---|---|
| | Party: Defendant BOUDREAU, JASON |
| 05/12/2016 | Pending Further Investigation |
| 06/02/2016 | Pending Further Investigation |
| 06/07/2016 | Pending Further Investigation |
| 06/16/2016 | Pending Further Investigation |
| 07/06/2016 | Pending Further Investigation |
| 08/05/2016 | Motion to Assign<br>Party: Defendant BOUDREAU, JASON |
| 08/05/2016 | Motion to Appoint Attorney<br>Party: Defendant BOUDREAU, JASON |
| 08/17/2016 | Pending Further Investigation |
| 08/22/2016 | Pending Further Investigation |
| 08/24/2016 | Pending Further Investigation |
| 09/12/2016 | Pending Further Investigation |
| 09/19/2016 | Pending Further Investigation |
| 09/29/2016 | Pending Further Investigation |
| 10/05/2016 | Motion to Assign<br>Party: Defendant BOUDREAU, JASON |
| 10/05/2016 | Motion to Release Counsel<br>*and appointment of new counsel.*<br>Party: Defendant BOUDREAU, JASON |
| 10/13/2016 | Pending Further Investigation |
| 10/20/2016 | Passed |
| 10/20/2016 | Scheduled In Error |
| 10/27/2016 | Pending Further Investigation |
| 11/03/2016 | Passed |
| 11/03/2016 | Motion Withdrawn |

## HEARINGS

| Date | Event |
|---|---|
| 02/17/2015 | **Pre-Arraignment Conference** (9:30 AM)  (Judicial Officer: Burke, Magistrate Patrick T.)<br>*Completed* |
| 02/24/2015 | **Arraignment** (9:30 AM)  (Judicial Officer: Burke, Magistrate Patrick T.)<br>*Date Vacated by Judge* |
| 04/27/2015 | **Pre Trial Conference** (9:30 AM)  (Judicial Officer: Lanphear, Associate Justice Jeffrey A.)<br>*Pending Further Investigation* |
| 05/27/2015 | **Pre Trial Conference** (9:30 AM)  (Judicial Officer: Lanphear, Associate Justice Jeffrey A.)<br>*Pending Further Investigation* |
| 06/17/2015 | **Pre Trial Conference** (9:30 AM)  (Judicial Officer: Rodgers, Associate Justice Kristin E.)<br>*Pending Further Investigation* |
| 06/24/2015 | **Pre Trial Conference** (9:30 AM)  (Judicial Officer: Rodgers, Associate Justice Kristin E.)<br>*Pending Further Investigation* |
| 08/26/2015 | **Pre Trial Conference** (9:30 AM)  (Judicial Officer: Rodgers, Associate Justice Kristin E.)<br>*Pending Further Investigation* |
| 09/21/2015 | **Pre Trial Conference** (9:30 AM)  (Judicial Officer: Rodgers, Associate Justice Kristin E.)<br>*Pending Further Investigation* |
| 10/15/2015 | **Hearing on Motion to Produce** (9:30 AM)  (Judicial Officer: McBurney, Magistrate John F. III)<br>*Heard and Granted* |
| 11/02/2015 | **Pre Trial Conference** (9:30 AM)  (Judicial Officer: Rodgers, Associate Justice Kristin E.)<br>*Pending Further Investigation* |
| 12/03/2015 | **Pre Trial Conference** (9:30 AM)  (Judicial Officer: Rodgers, Associate Justice Kristin E.)<br>*Pending Further Investigation* |
| 01/14/2016 | **Pre Trial Conference** (9:30 AM)  (Judicial Officer: Rodgers, Associate Justice Kristin E.) |

*True Copy Attest*
[signature]
Office of Clerk, Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

| | |
|---|---|
| | *Pending Further Investigation* |
| 01/28/2016 | **Pre Trial Conference** (9:30 AM) (Judicial Officer: Rodgers, Associate Justice Kristin E.)<br>*Defendant Does Not Appear* |
| 04/08/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 04/26/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 05/12/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 06/02/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 06/07/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 06/16/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 07/06/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 08/17/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 08/22/2016 | **Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 08/24/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: McBurney, Magistrate John F., III)<br>*Pending Further Investigation* |
| 09/12/2016 | **Motion** (9:30 AM) (Judicial Officer: Matos, Associate Justice Luis M.)<br>*Pending Further Investigation* |
| 09/19/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: Matos, Associate Justice Luis M.)<br>*Pending Further Investigation* |
| 09/29/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: Matos, Associate Justice Luis M.)<br>*Pending Further Investigation* |
| 10/13/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: Matos, Associate Justice Luis M.)<br>*Pending Further Investigation* |
| 10/20/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: Matos, Associate Justice Luis M.)<br>*Hearing Passed* |
| 10/27/2016 | **Hearing on Pro Se Motion** (9:30 AM) (Judicial Officer: Matos, Associate Justice Luis M.)<br>*Pending Further Investigation* |
| 11/03/2016 | **Motion** (9:30 AM) (Judicial Officer: Matos, Associate Justice Luis M.)<br>*Hearing Passed* |

## BOND SETTINGS

| | | |
|---|---|---|
| 06/13/2014 | **Bond Setting**<br>Personal Recognizance | $0.00 |
| 02/17/2015 | **Bond Setting**<br>Personal Recognizance | $0.00 |

True Copy Attest

*[signature]*

Office of C... ...or Court
Counties of Providence & Bristol
Providence, Rhode Island