United States District Court
District of Rhode Island

**FILED**
JAN - 5 2022
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Jason Boudreau
    Plaintiff

v.      Case No. 17-CV-00301-S-PAS

Kevin Petit, et al
    Defendants

## Plaintiff's Motion To Compel Settlement Status From Defendants

Now comes the Plaintiff, Jason Boudreau, and hereby moves this Honorable Court to compel the Defendants to provide the status of the settlement to this Court.

The Plaintiff recently moved to enforce the settlement agreement reached between the Plaintiff and the Lussier Defendants. Counsel for the Lussier Defendants responded by stating that they had contacted the R.I. Attorney General's Office, and had not received a response as to the dismissal of the state criminal case. However, Defense Counsel did not state who, if anyone, that counsel spoke to at the R.I. Attorney General's Office.

Since that time, the Plaintiff has sent letters to the Lussier Defense Counsel, and attorney Kate Brody at the R.I. Attorney General's Office, who represents several Defendants in this case. The Plaintiff never received

any responses to those letters.

The settlement agreement was reached in June 2021. In order to expedite the settlement, the Plaintiff seeks an order compelling attorney Kate Brody to provide the status of dismissing the state criminal case so that the settlement with the Lussier Defendants can be completed.

The Court should note that Plaintiff has also offered a non-monetary settlement of this case to all non-Lussier Defendants, however, their defense counsel never responded to that offer.

### Conclusion

Based on the above, the Plaintiff respectfully requests the Court to compel all defense counsel to provide the Court with the status of the settlement as well as the status of the disposition of the state criminal case.

Respectfully Submitted,

*/s/*

Jason Boudreau
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

(3)

## Certification

I, Jason Boudreau, hereby certify that I mailed a copy of this document to attorney Douglas Giron, 564 South Water Street, Providence, RI 02903; attorney Kate Brody, 150 South Main Street, Providence, RI 02903; and Marc DeSisto, 60 Ship Street, Providence, RI 02903 on December 30, 2021.

*[signature]*

Jason Boudreau