UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON BOUDREAU, : | |
| *Plaintiff,* : | |
| : | |
| v. : | 1:17-cv-00301-WES-PAS |
| : | |
| KEVIN PETIT, STEVE LUSSIER, JOHN : | |
| LUSSIER, DONALD LUSSIER, JAMES : | |
| BROWN, NICHOLAS RIVELLO, : | |
| CITY OF WARWICK, WARWICK POLICE : | |
| DEPARTMENT AND RHODE ISLAND : | |
| STATE POLICE, : | |
| *Defendants.* : | |

### STATE DEFENDANTS' RULE 54(b) MOTION FOR ENTRY OF FINAL JUDGMENT

Defendants, the Rhode Island State Police (the "State Police"), James Brown, and Nicholas Rivello (collectively, the "State Defendants"), hereby move for the entry of final judgment under Rule 54(b). In support, the State Defendants rely on their contemporaneously submitted Memorandum of Law.

Respectfully Submitted,

Defendant,
RHODE ISLAND STATE POLICE,

By:

**PETER F. NERONHA**
**ATTORNEY GENERAL**

*/s/ Jeff Kidd*
Jeff Kidd (#10416)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, ext. 2225
Fax: (401) 222-2995
jkidd@riag.ri.gov

1

## CERTIFICATE OF SERVICE

  I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via U.S. First Class mail to the following on this 15th day of April 2024.

**Jason Boudreau, 10950-070**
FCI Danbury
33 1/2 Pembroke Road
Danbury, CT 06811

                 */s/ Jeff Kidd*