UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON BOUDREAU, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 17-301WES |
| | : | |
| KEVIN PETIT, et al., | : | |
|     Defendants. | : | |

**ORDER DENYING MOTIONS TO STRIKE CONFIDENTIAL SETTLEMENT AGREEMENT AND ATC REPLY TO SHOW CAUSE ORDER**

PATRICIA A. SULLIVAN, United States Magistrate Judge.

Plaintiff Jason Boudreau has moved to strike various filings by non-parties Automatic Temperature Controls, Inc. ("ATC") and its principals, John, Donald and Steve Lussier (the "Lussiers"). ECF Nos. 154, 155. These filings were made to address Plaintiff's abusive discovery conduct as raised *sua sponte* by the Court in its Order to Show Cause, including Plaintiff's misconduct in violating the Court's Order of February 16, 2024, by filing an amended complaint that asserted claims (including against the ATC principals) that are no longer in issue in this case. As the Court will address *inter alia* in a decision that will be issuing on its Order to Show Cause, the Court finds that the ATC/Lussier filings that Plaintiff seeks to strike are appropriate responses to Plaintiff's conduct and have been very helpful to the Court, as well as that the confidential Settlement Agreement Plaintiff seeks to strike expressly permits it to be used (including by a public filing) to enforce its terms as the Lussiers have done by attaching it to their motion to dismiss.

Based on the foregoing, Plaintiff's motions to strike the confidential Settlement Agreement and the ATC Reply to the Court's Show Cause Order (ECF Nos. 154, 155) are DENIED.

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
August 19, 2024