UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON BOUDREAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:17-CV-00301-MSM-PAS |
| ) | |
| KEVIN PETIT, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Mary S. McElroy, United States District Judge.

On September 24, 2024, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") (ECF No. 169) recommending that the Court grant the Motion to Dismiss of non-parties John, Donald, and Steve Lussier, which sought to dismiss Plaintiff's First Amended Complaint to the extent that it asserts claims against them (ECF No. 140). After having carefully reviewed the relevant papers, the relevant law, and having heard no objections, the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, the Lussiers' Motion to Dismiss (ECF No. 140) is GRANTED; all claims against the Lussiers in the First Amended Compliant are dismissed with prejudice.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
January 27, 2024